Exhibit 2

U.S. Patent No. 8,488,624 V. PARTICLE INDUSTRIES, INC.

## Claim Chart

| Claim | Analysis |
|---|---|
| [1.P] 1. A method for implementing a network interface in a computer network performed by a special-purpose computer programmed by a frame engine comprising: | PARTICLE INDUSTRIES, INC. ("Defendant") performs a method for implementing a network interface in a computer network performed by a special-purpose computer programmed by a frame engine.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, Defendant provides the Device OS which is an operating system that runs on all Particle devices and connects to the Particle cloud. It abstracts hardware and connectivity away to make it easy to write powerful edge software applications. It streamlines firmware development and is built to work seamlessly with the rest of the Particle Platform-as-a-Service. This cost efficient and secure platform allows the machines to communicate in a standardized way for true vertical integration. It provides a single unified interface to your devices, regardless of the underlying hardware architecture and also provides connectivity management. |



Source: https://www.particle.io/platform/device-os/

An Integrated IoT Platform-as-a-Service That's Easy to Use and Fully Customizable

Get the full-stack IoT Platform-as-a-Service that combines reliable and customizable software, connectivity, and hardware.

Source: https://www.particle.io/platform/particle-iot-platform-as-a-service/

| [1.1] receiving one or more data packets encoded in a first communication protocol; | Defendant performs the step of receiving one or more data packets encoded in a first communication protocol.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, Defendant provides the Device OS, which executes on gateways allowing enterprises to securely connect devices across multiple protocols and enables flexible deployment of a nearly identical technology stack in the cloud, on a gateway and on premises. It provides many ways to connect the devices to the IoT Portal by using industry leading device management protocols like TCP, UDP, MQTT, and HTTP. It helps in data collection, storage, processing, calculation, and analysis locally and the all particle connectivity management and data services are pre-integrated, enabling to scale and manage the IoT deployments worry-free that allow users to connect their isolated serial devices to the Internet for centralized machine communication management by converting protocols for boundless machine-to-machine and machine-to-cloud data transmission and network connectivity. |
|---|---|



Source: https://www.particle.io/platform/device-os/



Source: https://www.particle.io/

## Sending and Receiving Business-Critical Data To and From Your Devices

with Particle primitives that let you run code, read values, and send/receive events with single commands.

Source: https://www.particle.io/platform/device-os/



Source: https://www.particle.io/platform/particle-connectivity/



Source: https://store.particle.io/

## TCP

Particle devices can also use low-level networking communication methods like TCP. TCP connections do not use the Particle cloud and are suitable for applications with higher data rates, very large data, and other specialized applications. While TCP is flexible, it does not include built-in encryption. Encryption requires the use of third-party libraries.

Note that TCP server mode is not supported on cellular devices. Cellular devices can only make outgoing TCP client connections, though data does flow both ways once connected.

## UDP

In addition to TCP, the low-level UDP networking protocol is also supported.

On cellular devices, persistent UDP listeners are not supported. UDP packets can be received, but only after sending a packet, only from the address that was sent to, and only for a limited period of time, between 30 seconds and 23 minutes, depending on the carrier.

## BLE (Bluetooth LE)

BLE can be used to send data between BLE compatible devices at short distances, typically within 10 meters. BLE does not require pairing (like with A2DP Bluetooth headsets) but does not have built-in encryption support. Both peripheral and central modes are supported, so the Particle device can be either side of the BLE connection.

BLE is only supported on Gen 3 devices (Argon, Boron, B Series SoM).

## Webhooks

Webhooks allow an event, typically generated from a device, to trigger an outgoing connection to a server on the Internet. This might be your own server, a cloud-hosted server, such as Heroku, Amazon EC2 or lambda, Google Cloud AppEngine or cloud function, etc..

Source: https://docs.particle.io/getting-started/device-os/introduction-to-device-os/

9



Source: https://docs.particle.io/reference/device-os/libraries/m/MQTT/

| [1.2] decoding the | Defendant performs the step of decoding the data packets into a set of data objects |

| | |
|---|---|
| data packets into a set of data objects wherein the data packets are decoded in accordance with a machine-readable set of protocol frame definitions containing one or more sub-fields for parsing of the data packets; | wherein the data packets are decoded in accordance with a machine-readable set of protocol frame definitions containing one or more sub-fields for parsing of the data packets.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Defendant's Device OS is integrated between MCUs, Modems, Peripherals, Libraries, and Application Firmware so that devices connect as soon as they're turned on. It is an extremely powerful device connector and edge logic service that can collect data from IoT devices at a very high rate and connectivity via MQTT, REST, and Sockets, along with prebuilt patterns for Bluetooth, BLE, Zigbee, and more which enable companies to ingest, analyze, adapt and act on any data in real-time and at extreme scale. Furthermore, this series of gateways supports Node-RED, Javascript, and Rest APIs and SDKs tools to enable flexible implementation according to application demands. One can collect and process data in real time. Thus, this platform processes raw data into insightful information, before transmission to the cloud at the edge only by leveraging local compute, artificial intelligence and actionable and customizable visualizations.<br><br>**IoT, Unblocked**<br>Particle is a full-stack PaaS that makes it easier than ever to build connected products that accelerate growth, optimize operations, and change entire industries for the better.<br><br>**A Fully Integrated Platform-as-a-Service**<br>Particle makes IoT software, connectivity, and hardware work together seamlessly in one PaaS, so you can connect your products without worrying about security, scalability, or connectivity issues.<br><br>**Customizable IoT, Endless Possibilities**<br>Everything about Particle is reprogrammable and reconfigurable so you can develop custom applications for your precise use case.<br><br>**Trusted by over 270,000 developers around the world**<br>Launch your product faster with our easy-to-use APIs, SDKs, and documentation. |

Source: https://www.particle.io/

# Particle API JS (Javascript SDK)

ParticleJS is JavaScript library for the Particle Device Cloud API for Node.js and the browser. It's open source so you can edit, change or even send in pull requests if you want to share!

This page contains examples to get started using the library.

For more details, see the detailed reference below and check the examples folder on GitHub.

# Installation

## Node.js

First, make sure you have node.js installed!

Next, open a command prompt or terminal, and install by typing:

```
$ npm install particle-api-js
```

Source: https://docs.particle.io/reference/cloud-apis/javascript/

12

# Cloud API reference

The Particle Device Cloud API is a REST API. REST means a lot of things, but first and foremost it means that we use the URL in the way that it's intended: as a "Uniform Resource Locator".

In this case, the unique "resource" in question is your device (Core, Photon, Electron). Every device has a URL, which can be used to GET variables, POST a function call, or PUT new firmware. The variables and functions that you have written in your firmware are exposed as *subresources* under the device.

All requests to the device come through our API server using TLS security.

13

# Format

The Particle API accepts requests in JSON (content type `application/json`) and in form encoded format (content type `application/x-www-form-urlencoded`). It always replies with JSON (content type `application/json`).

In these docs, you'll see example calls written using a terminal program called curl which may already be available on your machine.

The examples use form encoded data to make them easier to read and type but unless specified otherwise any endpoint can also accept a JSON object with the parameters as properties.

Source: https://docs.particle.io/reference/cloud-apis/api/

14

| [1.3] and encoding the data objects into a second communication protocol wherein the data objects are encoded in accordance with the machine-readable set of protocol frame definitions. | Defendant performs the step of encoding the data objects into a second communication protocol wherein the data objects are encoded in accordance with the machine-readable set of protocol frame definitions.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Defendant's DeviceWISE EDGE is designed to link different systems together into a "system-of-systems" that spans multiple clouds, by providing seamless communication between Fieldbus and industrial Ethernet devices as well as support for different protocol like TCP, UDP, MQTT, and HTTP. Designed for large, complex industrial networks with a growing number of connected devices, the industrial edge gateways also offer integrated data storage and secure remote access capabilities. Further, it enables the real-time collection of sending and receiving Business-Critical Data to and from the devices using particle primitives that let one run code, read values, and send/receive events with single commands. It helps in connecting latest IoT based sensors/edge devices in the field. |



Source: https://docs.devicewise.com/Content/Introduction/IoT-Platform-Introduction.htm



Source: https://store.particle.io/



**Sending and Receiving Business-Critical Data To and From Your Devices**

with Particle primitives that let you run code, read values, and send/receive events with single commands.

Source: https://www.particle.io/platform/device-os/



Source: https://docs.particle.io/reference/device-os/libraries/m/MQTT/

19

## TCP

Particle devices can also use low-level networking communication methods like TCP. TCP connections do not use the Particle cloud and are suitable for applications with higher data rates, very large data, and other specialized applications. While TCP is flexible, it does not include built-in encryption. Encryption requires the use of third-party libraries.

Note that TCP server mode is not supported on cellular devices. Cellular devices can only make outgoing TCP client connections, though data does flow both ways once connected.

## UDP

In addition to TCP, the low-level UDP networking protocol is also supported.

On cellular devices, persistent UDP listeners are not supported. UDP packets can be received, but only after sending a packet, only from the address that was sent to, and only for a limited period of time, between 30 seconds and 23 minutes, depending on the carrier.

## BLE (Bluetooth LE)

BLE can be used to send data between BLE compatible devices at short distances, typically within 10 meters. BLE does not require pairing (like with A2DP Bluetooth headsets) but does not have built-in encryption support. Both peripheral and central modes are supported, so the Particle device can be either side of the BLE connection.

BLE is only supported on Gen 3 devices (Argon, Boron, B Series SoM).

## Webhooks

Webhooks allow an event, typically generated from a device, to trigger an outgoing connection to a server on the Internet. This might be your own server, a cloud-hosted server, such as Heroku, Amazon EC2 or lambda, Google Cloud AppEngine or cloud function, etc..

Source: https://docs.particle.io/getting-started/device-os/introduction-to-device-os/