THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **UNWIRED GLOBAL SYSTEMS LLC,**<br><br>   Plaintiff,<br><br>  *v.*<br><br>**PARTICLE INDUSTRIES, INC.,**<br><br>   Defendant. | CASE NO. 1:23-CV-01169-CFC<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |

### AMENDED PLAINTIFF'S RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and the Court's Standing Order Regarding Disclosure Statement Required by Federal Rule of Civil Procedure 7.1, Plaintiff Unwired Global Systems LLC ("Plaintiff") states that it does not have a parent corporation and that there is no publicly held corporation owning ten percent or more of its stock.  **Plaintiff's sole member and owner is Jeffrey Gross.**

Date: October 26, 2023

Respectfully submitted,

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
Phillips, McLaughlin & Hall, P.A.
1200 North Broom Street
Wilmington DE, 19806
(302) 655-4200
JCP@PMHDELaw.com
MCH@PMHDELaw.com

- 2 -

        Isaac Rabicoff
        Rabicoff Law LLC
        (*pro hac vice forthcoming*)
        600 Mamaroneck Ave STE 400
        Harrison, NY 10528
        Tel. (773) 669-4590
        issac@rabilaw.com

        ***Attorneys for Plaintiff***
        ***Unwired Global Systems LLC***