# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNWIRED GLOBAL SYSTEMS LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PARTICLE INDUSTRIES, INC.,<br><br>　　　　　　Defendant. | C.A. NO. 23-01169-CFC<br><br>JURY TRIAL DEMANDED |

### UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT

Plaintiff UNWIRED GLOBAL SYSTEMS LLC ("Plaintiff") files this unopposed motion for an order extending the deadline for Defendant PARTICLE INDUSTRIES, INC., ("Defendant") to respond to Plaintiff's Complaint for Patent Infringement until and including February 26, 2024.  No party will be prejudiced by this extension.  Accordingly, Plaintiff respectfully submits that good cause exists under Fed. R. Civ. P. 6(b)(1)(A) for the requested extension.  This is the third request for an extension of this nature.

Date: January 18, 2024

Respectfully submitted,

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
Phillips, McLaughlin & Hall, P.A.
1200 North Broom Street

Wilmington DE, 19806
(302) 655-4200
JCP@PMHDELaw.com
MCH@PMHDELaw.com

Isaac Rabicoff
Rabicoff Law LLC
(*pro hac vice forthcoming*)
4311 N Ravenswood Ave Suite 315
Chicago, IL 60613
Tel. (773) 669-4590
isaac@rabilaw.com

***Attorneys for Plaintiff***
***Unwired Global Systems LLC***

**SO ORDERED**, this _____ day of _____ 2024.

_____
**The Honorable Colm F. Connolly**
**Chief, United States District Court Judge**