## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **UNWIRED GLOBAL SYSTEMS LLC,** | |
| **Plaintiff,** | **C.A. NO. 23-01169-CFC** |
| **v.** | |
| **PARTICLE INDUSTRIES, INC.,** | **JURY TRIAL DEMANDED** |
| **Defendant.** | |

### PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Unwired Global Systems LLC, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby provides notice that it dismisses **with prejudice** all claims by Plaintiff against Defendant Particle Industries, Inc. Each party shall bear its own costs, expenses, and attorneys' fees.

Date: February 26, 2024

Respectfully submitted,

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
Phillips, McLaughlin & Hall, P.A.
1200 North Broom Street
Wilmington DE, 19806
(302) 655-4200
JCP@PMHDELaw.com
MCH@PMHDELaw.com

Isaac Rabicoff
Rabicoff Law LLC

(*pro hac vice forthcoming*)
4311 N Ravenswood Ave Suite 315
Chicago, IL 60613
Tel. (773) 669-4590
isaac@rabilaw.com

***Attorneys for Plaintiff***
***Unwired Global Systems LLC***

**SO ORDERED**, this _____ day of _____ 2024.

_____

**The Honorable Colm F. Connolly**
**Chief, United States District Court Judge**